**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**DEJUAN WILLIAMS,**

*Plaintiff,*

v.                                                      **Case No.: 4:25cv508-MW/MAF**

**LEXIS NEXIS RISK SOLUTIONS,**

*Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on March 16, 2026.**

**s/Mark E. Walker**
**United States District Judge**